Sherburne Shaw, *Appellant, v.* The New York, Lake Erie and Western Railroad Company, *Respondent.* — Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Cullen, J., not sitting.

Christianna Harrison, *Appellant, v.* The Brooklyn, Bath and Coney Island Railroad Company, *Respondent.* — Judgment reversed and new trial granted, costs to abide event; reference vacated. Opinion by Cullen, J.

Michael McCail, *Appellant, v.* Nathaniel Dominy and others, *Respondents.* — Judgment affirmed, with costs. Opinion by Cullen, J.; Barnard, P. J., not sitting.

The Mutual Life Insurance Company of New York, *Respondent, v.* Anson B. Hoyt, *Appellant. Impleaded, etc.* — Judgment affirmed, without costs. Opinion by Cullen, J.; Dykman, J., not sitting.

Andrew J. Clark and others, *Appellants, v.* Robert Strain and others, *Respondents.* — Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Philip Hammer, *Appellant, v.* The French Cream of Tartar Company, *Respondent.* — Order setting aside verdict affirmed, with costs. Opinion by Barnard, P. J.; Cullen, J., not sitting.

The People of the State of New York *ex rel.* John Gass, *Respondents, v.* William Morgan Lee, *Appellant.* — Order affirmed, with costs. Opinion by Cullen, J.; Barnard, P. J., not sitting.

George M. Chapman, *Respondent, v.* John G. L. Boettcher, *Appellant.* — Judgment affirmed, without costs. Opinion by Cullen, J.

The Fishkill Savings Institute, *Respondent, v.* Henry Bostwick, *Receiver, etc., Appellant.* — Judgment reversed and new trial granted, with costs to abide event; reference vacated. Opinion by Barnard, P. J

Henry C. Rhodes and others, *Appellants, v.* Peter June and others, *Respondents.* — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

The People of the State of New York *ex rel.* The Union Ferry Company of Brooklyn, *Appellant, v.* The Board of Assessors of Brooklyn, *Respondents.* — Order affirmed, with costs and disbursements. Opinion by Dykman, J.

The People of the State of New York *ex rel.* The Brooklyn City Railroad Company, *Appellant, v.* The Board of Assessors of Brooklyn, *Respondent.* — Order affirmed, with costs and disbursements. Opinion by Dykman, J.